IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **JEFF JONES,** ) | |
| ) | |
| **Petitioner,** ) | |
| vs. ) | Case No. 5:09-cv-155-AKK-TMP |
| ) | |
| **KIM THOMAS, Commissioner,** ) | |
| **Alabama Department of Corrections;** ) | |
| **LUTHER STRANGE, Attorney General** ) | |
| **of the State of Alabama,** ) | |
| ) | |
| **Respondents.** ) | |

## ORDER DENYING HABEAS RELIEF

The magistrate judge filed his report and recommendation in this *habeas* case on May 8, 2012, recommending that the petition for relief be denied and dismissed. After being granted extensions of time, petitioner filed his objections to the report and recommendation on July 9, 2012. Having now carefully reviewed and considered *de novo* the report and recommendation, the objections to it, and the voluminous court file, the court finds that the objections are due to be and hereby are OVERRULED, and the report is ADOPTED and the recommendation is ACCEPTED.

The court agrees with the magistrate judge's thorough and detailed analysis of the petitioner's claims, and nothing in petitioner's objections changes that analysis. The standard of review applicable to most of the claims is very deferential to the state courts' resolution of the claims. Indeed, with respect to the claims of ineffective assistance of counsel, the standard of review is "doubly deferential," partaking of deference arising both out of the nature of ineffective-assistance claims and that mandated by 28 U.S.C. § 2254(d). *See Johnson v. Secretary, DOC*, 643 F.3d 907,

928-929 (11th Cir. 2011), citing *Harrington v. Richter*, ___ U.S. ___, 131 S. Ct. 770, 178 L. Ed. 2d 624 (2011).  Further, the findings of fact made by the state court's with respect to petitioner's other claims has not been rebutted by petitioner's presentation of any "clear and convincing evidence." As explained by the magistrate judge, many of the petitioner's claims are simply unsupported by any evidence beyond petitioner's speculation.

Because the claims alleged in the petition are meritless, the petition for writ of *habeas corpus* is due to be and hereby is **DENIED** and **DISMISSED WITH PREJUDICE**.

DONE this 22nd day of October, 2012.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE